568 A.2d 947

**Vincent J. FUMO**

v.

**REDEVELOPMENT AUTHORITY OF THE CITY OF PHILADELPHIA and Greek Orthodox Cathedral of Saint George.**

Appeal of GREEK ORTHODOX CATHEDRAL OF SAINT GEORGE.

Supreme Court of Pennsylvania.

Argued Jan. 22, 1990.

Decided Jan. 23, 1990.

Harold R. Berk, Philadelphia, for appellant.

Gabriel L.I. Bevilacqua, Philadelphia, for Redevelopment Authority.

Robert J. Sugarman, Philadelphia, for Vincent Fumo.

Before NIX, C.J., and LARSEN, McDERMOTT and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

FLAHERTY, ZAPPALA and PAPADAKOS, JJ., did not participate in the consideration or decision of this case.

NIX, C.J., and McDERMOTT, J., dissent and would reach the issues raised in this appeal.